**EXHIBIT B**

# CuencaHighLife
### RESOURCES FOR EXPAT LIVING

Subscribe to get Ecuador News to your inbox.

News | Expat Life | Event Calendar | Classifieds | Real Estate | Authors



> ECUADOR NEWS

# Mexican cartels recruit Ecuadorian fishermen to transport drugs; 12 have been jailed in the U.S. this year

Dec 6, 2017 | CuencaHighLife |  Views: 741

**By Liam Higgins**

Fishing is a subsistence living for most of those who work the trade on Ecuador's coast. It requires long hours, most of them at night, in leaky open boats, far from shore. That's why eyebrows are raised when some fisherman suddenly buy new boats with powerful motors.

Even more eyebrows are raised when the fishermen don't come home.

"It's the drugs coming from Bolivia and Peru, going north to Colombia," says Maria Cardenas,



## CLASSIFIEDS

Get prepared to take Ec…
Driver – Facilitator – Tra…
Best Pedicures In Town!
Let me help you with yo…
Axe Throwing at The Pub!
Chef Lan's Special Menus
Fun Karaoke at Commo…
Are you confused by Ec…
Loose Denture Solution…
Carolina Bookstore und…

See More    Post an Ad



 **Commercial for sale**
*Cuenca, Azuay*

SHARES

Case 2:19-cr-00088-PA   Document 77-2   Filed 09/04/19   Page 4 of 4   Page ID #:329

## Contact Us

**Office:** 098-482-2495
**Advertising:** jonathan@cuencahighlife.com
**Editorial:** david@cuencahighlife.com

## Follow Us

    

Created by GoBig Web Dev | Privacy Policy

SHARES