## **PROOF OF SERVICE**

I, the undersigned, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202, Telephone No. (213) 894-2854; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached Defendant Mero's Position re Sentencing on the following individual(s) by:

| [ ] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows: | [ ] Placing same in an envelope for hand delivery addressed as follows: | [ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows: | [X] E-Mail addressed as follows: |
|---|---|---|---|

**Elizabeth Morony**
**USPO**
**Elizabeth_Morony@cacp.uscourts.gov**

This proof of service is executed at Los Angeles, California, on September 4, 2019.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Diana Miner*           .
DIANA MINER